JS-6

*FILED*
CLERK, U.S. DISTRICT COURT
AUG 11 2008
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION  BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACIO ROSAS ZARZA,<br><br>Petitioner,<br><br>vs.<br><br>DERRAL ADAMS, Warden,<br><br>Respondent. | Case No. SACV 05-1251-GW (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that Judgment be entered (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered denying the Petition, and dismissing this action with prejudice.

DATED: Aug. 11, 2008

HONORABLE GEORGE H. WU
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge